NUMBER 13-02-372-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

CALEB AJIBADE,                                                              Appellant,

v.

EDINBURG GENERAL HOSPITAL A/K/A 
EDINBURG HOSPITAL AND CITY OF EDINBURG,                  Appellees.
_________________________________________________________

On appeal from the 275th District Court
of Hidalgo County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, CALEB AJIBADE, perfected an appeal from a judgment entered by
the 275th District Court of Hidalgo County, Texas, in cause number C-4338-97-E. 
The clerk’s record was filed on June 28, 2002. No reporter’s record was filed. On
January 16, 2003, this Court granted appellant’s third and fourth motions for
extension of time to file brief, and ordered that appellant file his brief by January 24,
2003. Appellant failed to comply with this Court’s order, and to date, no appellate
brief has been received. Appellees have filed a motion to dismiss the appeal for want
of prosecution and for failure to comply with the order of the Court.
         The Court, having examined and fully considered the documents on file, is of
the opinion that appellees’ motion to dismiss should be granted. Appellees’ motion to
dismiss the appeal for want of prosecution is GRANTED, and the appeal is hereby
DISMISSED FOR WANT OF PROSECUTION. All other pending motions are denied as
moot.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 5th day of May, 2005